IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMISSION, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EMANUEL L. SARRIS, SR., *et al*. | : | NO. 12-4272 |

## ORDER

**AND NOW**, this 1st day of May 2023, after an April 21, 2023 hearing with all parties present, and upon consideration of Plaintiff's "Motion to Approve the Final Accounting" (Document No. 51), it is hereby **ORDERED** that the Motion to Approve is **GRANTED**.

It is further **ORDERED** that, it being reported that all outstanding issues between the parties have been resolved, and pursuant to the negotiations between counsel and this court, this matter shall be marked closed for statistical purposes.

**IT IS SO ORDERED**.

BY THE COURT:

 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge